# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elzhigit Nurbekov, | No. CV-25-04353-PHX-DWL (JFM) |
| Petitioner, | **ORDER** |
| v. | |
| David R Rivas, et al., | |
| Respondents. | |

Petitioner filed a petition for writ of habeas corpus under § 2241 challenging his immigration detention. (Doc. 1.) The Court will require an answer to the Petition.

In his Petition, Petitioner names San Luis Regional Detention Center Warden David R. Rivas; Immigration and Customs Enforcement ("ICE") Acting Field Office Director Daniel Brightman; ICE acting Director Todd Lyons; and Department of Homeland Security ("DHS") Secretary Kristi Noem as Respondents. Petitioner raises one ground for relief.

Petitioner alleges he applied for admission to the United States on or about November 14, 2024. (Doc. 1 ¶ 13.) DHS detained Petitioner and he was placed in removal proceedings as an arriving alien. (*Id.* ¶ 14.) In February 2025, Petitioner filed an application for asylum. (*Id.* ¶ 16.) On July 29, 2025, an immigration judge granted Petitioner's application. (*Id.* ¶ 20.) DHS appealed the decision and DHS's appeal remains pending. (*Id.* ¶¶ 21-22.) Petitioner twice requested release on parole; no response was received. (*Id.* ¶¶ 17, 25.) Petitioner alleges that his prolonged detention for more than 12

months "without a tenable justification" violates his due process rights under the Fifth Amendment. The Court will require Respondent to answer the Petition.

**IT IS THEREFORE ORDERED:**

(1) Counsel for Petitioner must immediately serve the Petition upon Respondents.

(2) If not already issued, the Clerk's Office must issue any properly completed summonses.

(3) The Clerk of Court must also immediately transmit by email a copy of this Order and a copy of the Petition (Doc. 1) to the United States Attorney for the District of Arizona, to the attention of Katherine Branch at katherine.branch@usdoj.gov, Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, and Theo Nickerson at theo.nickerson2@usdoj.gov.

(4) Respondents must answer the Petition within 20 days of the date of service. Petitioner may file a reply within 15 days from the date of service of the answer.

(5) This matter is referred to Magistrate Judge James F. Metcalf pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

Dated this 2nd day of December, 2025.

Dominic W. Lanza
United States District Judge