**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Elzhigit Nurbekov,<br>Petitioner<br>-vs-<br>David R. Rivas, et al.,<br>Respondents. | CV-25-4353-PHX-DWL (JFM)<br><br>**Order** |

Petitioner, an immigrant from Kyrgyzstan, applied for admission at the port of entry on November 14, 2024, was apprehended, and an appeal of a grant of asylum remains pending before the BIA.  Petitioner asserts *Zadvydas* like claims and due process claims. Respondents answered on February 2, 2026,  arguing mandatory detention under § 1225(b)(2)(A) because Petitioner  was in the process of seeking admission at the time of apprehension.  Petitioner replied on February 13, 2026.  The Petition became ripe on that date and is pending preparation of a report & recommendation.  On March 26, 2026 Petitioner filed his Ex Parte Motion for Temporary Restraining Order (Doc. 14), seeking an order for immediate release and preclusion re-detention without a prior hearing. Petitioner cites as irreparable harm his ongoing detention in "prison like conditions."  The Court finds briefing on the motion likely to result in a more expedited consideration.

**IT IS THEREFORE ORDERED:**

(A)  On or before **April 6, 2026** Respondents must respond to the Ex Parte Motion for Temporary Restraining Order (Doc. 14).

(B)  Petitioner has three days from filing of such response to reply thereto.

Dated: March 30, 2026

25-4353o Order 26 03 30 re BrfSched on MTRO.docx

James F. Metcalf
United States Magistrate Judge

- 1 -